440 A.2d 1246

Commonwealth v. Cantor a/k/a Gold, Appellant.
Petition for Allowance of Appeal Denied April 2, 1982.

Argued December 1, 1980.
Victor S. Jaczun, for appellant; Thomas R. Hecker, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., filed a memorandum concurring statement.

440 A.2d 1246

Commonwealth v. Capers, Appellant.
Petition for Allowance of Appeal Denied Feb. 25, 1982.

Submitted March 31, 1981. Carol K. McGinley, Public Defender, for appellant; William Platt, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

The judgment of sentence dated June 6, 1980 is affirmed.